IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Christine M. Parente<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>Case No. 13-05112 JJT |

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC , AS SERVICER FOR BANK OF AMERICA, N.A. in the above captioned matter.

POWERS KIRN & ASSOCIATES, LLC

By: **/s/ Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090